AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Webber, E. Richard | 2. Court or Organization<br><br>Eastern District of Missouri | 3. Date of Report<br><br>05/07/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

U.S. District Court
111 S. Tenth St., Suite 8 South
St. Louis, MO 63102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner (see VIII) | Eureka Land Company (see VIII) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2014 | Missouri State Judicial Retirement | $67,966.37 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐    NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | David C. Pratt | St. Louis Cardinals Baseball Tickets | $2,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑    NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. U.S. Savings Bonds | A | None | J | T | | | | | |
| 2. Transamerica Life Ins. Co. | A | Interest | K | T | | | | | |
| 3. Savings Acct U.S. Bank | A | Interest | K | T | | | | | |
| 4. Franklin Templeton US Gov't Sec. Fund- Class A | B | Dividend | L | T | | | | | |
| 5. 1/2 interest in real estate / Scotland County, Missouri | E | Inheritance | N | W | | | | | |
| 6. Condominium Lake of the Ozarks, Camden County MO (See VIII) | C | Rent | L | W | | | | | |
| 7. John Hancock Annuity | C | Dividend | K | T | | | | | |
| 8. Bank of Kirksville CD | A | Interest | K | T | | | | | |
| 9. Bank of Kirksville CDs - 1/2 Interest (grouped) | A | Interest | J | T | | | | | |
| 10. Lowes Companies | A | Dividend | J | T | Buy | 05/21/14 | J | | |
| 11. Lowes Companies | A | Dividend | J | T | Buy (add'l) | 06/30/14 | J | | |
| 12. Ford Motor Company | B | Dividend | K | T | | | | | |
| 13. Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 06/30/14 | J | | |
| 14. Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 07/11/14 | J | | |
| 15. Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 07/17/14 | J | | |
| 16. Ford Motor Company | A | Dividend | J | T | Buy (add'l) | 09/30/14 | J | | |
| 17. Ford Motor Compnay | A | Dividend | J | T | Buy (add'l) | 11/11/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. General Motors | A | Dividend | K | T | | | | | |
| 19. Bank of New York Mellon | A | Dividend | J | T | | | | | |
| 20. Bank of New York Mellon | A | Dividend | J | T | Buy (add'l) | 06/30/14 | J | | |
| 21. Berkshire Hathaway | A | Dividend | J | T | | | | | |
| 22. CSX | A | Dividend | J | T | | | | | |
| 23. Encana | A | Dividend | | | Sold | 11/11/14 | J | A | |
| 24. Express Scripts | A | Dividend | J | T | | | | | |
| 25. General Electric | A | Dividend | J | T | | | | | |
| 26. General Electric | A | Dividend | J | T | Buy (add'l) | 06/30/14 | J | | |
| 27. Oracle | A | Dividend | J | T | | | | | |
| 28. Potash Corp of Saskatchew | A | Dividend | J | T | | | | | |
| 29. Potash Corp of Saskatchewan | A | Dividend | J | T | Buy (add'l) | 06/30/14 | J | | |
| 30. Wells Fargo Company | A | Dividend | J | T | Buy | 06/30/14 | J | | |
| 31. Weight Watchers | A | Dividend | J | T | Buy | 02/04/14 | J | | |
| 32. Weight Watchers | A | Dividend | J | T | Buy (add'l) | 06/30/14 | J | | |
| 33. Weight Watchers | A | Dividend | J | T | Buy (add'l) | 09/29/14 | J | | |
| 34. State Farm Whole Life (64) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. State Farm Whole Life (67) | A | Dividend | J | T | | | | | |
| 36. FMI Large Cap Fund | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 37. Pemco Income Fund | A | Dividend | J | T | | | | | |
| 38. Pemco Income Fund | A | Dividend | J | T | Sold (part) | 12/03/14 | J | A | |
| 39. Pemco Income Fund | A | Dividend | J | T | Sold (part) | 12/16/14 | J | A | |
| 40. RS Select Growth Fund | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 41. Bogle Investment Mgt Small Cap | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 42. Dodge and Cox International Fund | A | Dividend | J | T | Buy | 12/31/14 | J | | |
| 43. Oakmark Fd Class 1 | A | Dividend | J | T | Buy | 12/31/14 | J | | |
| 44. Third Avenue Real Estate | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 45. BBH Core Select Fund | A | Dividend | J | T | Sold (part) | 03/26/14 | J | A | |
| 46. BBH Core Select Fund | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 47. Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | K | T | Sold (part) | 11/03/14 | J | A | |
| 48. Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | J | T | Sold (part) | 11/03/14 | J | A | |
| 49. Templeton Global Bond Fund | A | Dividend | K | T | Sold (part) | 11/30/14 | J | A | |
| 50. Euro Pacific Growth | A | Dividend | J | T | | | | | |
| 51. Fidelity New Insights Fund Class C | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Franklin Templeton Tax Free Inc. | A | Dividend | J | T | | | | | |
| 53. Icon Energy Fund | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 54. Columbia Flexible Capital Income Fd A | A | Dividend | J | T | Buy | 03/28/14 | J | | |
| 55. Fidelity Advisor Materials Fd Class A | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 56. Oakmark Select | A | Dividend | J | T | Buy | 03/28/14 | J | | |
| 57. Oakmark Select | A | Dividend | J | T | Buy (add'l) | 12/08/14 | J | | |
| 58. Natixis Oakmark Int'l Fund A | A | Dividend | J | T | Buy | 03/28/14 | J | | |
| 59. Natixis Oakmark Int'l Fund A | A | Dividend | J | T | Buy (add'l) | 12/08/14 | J | | |
| 60. Third Avenue Real Estate | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 61. Mainstay Unconstrained Bond Fund | A | Interest | J | T | | | | | |
| 62. Mairs and Power Growth Fund | A | Dividend | J | T | | | | | |
| 63. Principal Preferred Securities Fund | A | Interest | | | Sold | 03/26/14 | J | A | |
| 64. American Balanced Fund | A | Dividend | J | T | | | | | |
| 65. FMI Large Cap Fund | A | Dividend | J | T | | | | | |
| 66. Franklin Templeton Tax Free, Inc. | A | Dividend | J | T | | | | | |
| 67. Mainstay Market Field Fund | A | Dividend | | | Sold | 12/08/14 | J | A | |
| 68. Dodge and Cox International Fund | A | Dividend | J | T | Buy | 12/08/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Eaton Vance Atlanta Capital SMID Cap Fund | A | Dividend | J | T | | | | | |
| 70. Doubleline Total Return Bond Fund | A | Dividend | | | Sold | 03/26/14 | J | A | |
| 71. FMI Large Cap Fund | A | Dividend | J | T | Sold (part) | 04/09/14 | J | A | |
| 72. FMI Large Cap Fund | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 73. Principal Preferred Sec. Fund | A | Dividend | | | Sold | 03/26/14 | J | A | |
| 74. Federated Koffman Large Cap Fund | A | Dividend | | | Sold | 12/03/14 | J | A | |
| 75. Oakmark International Fund | A | Dividend | J | T | | | | | |
| 76. Mainstay Market Field Fund Class C | A | Dividend | | | Sold | 12/03/14 | K | A | |
| 77. RS Select Growth Fund | A | Dividend | J | T | Sold (part) | 12/03/14 | J | A | |
| 78. Calvert Global Water Fund AC/A | A | Dividend | J | T | Buy | 03/28/14 | J | | |
| 79. Columbia Flexible Cap Inc. Fd | A | Dividend | J | T | Buy | 03/28/14 | J | | |
| 80. TCW Total Return Bond Fund | A | Dividend | J | T | Sold (part) | 12/03/14 | J | A | |
| 81. Templeton Global Bond Fund | A | Dividend | J | T | | | | | |
| 82. RS Global Natural Resources Fun Class A | A | Dividend | | | Sold | 03/26/14 | J | A | |
| 83. Dodge and Cox International Fund | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 84. Oakmark Fund I | A | Dividend | K | T | Buy | 03/28/14 | K | | |
| 85. Oakmark Fund (See VIII) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | Oakmark Select | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 87. | Pimco Income Fund A | A | Dividend | J | T | Buy | 03/28/14 | J | | |
| 88. | Third Avenue Real Estate | A | Dividend | J | T | Buy | 12/08/14 | J | | |
| 89. | Vanguard Strategic Equity Fund | A | Dividend | K | T | Buy | 12/08/14 | K | | |
| 90. | American Fund AMCAP GWA 529 | A | Dividend | K | T | | | | | |
| 91. | American Fund Euro Pacific Fund GWA 529 | A | Dividend | J | T | | | | | |
| 92. | American Fund AMCAP IWM 529 | A | Dividend | K | T | | | | | |
| 93. | American Fund Euro Pacific Fund IWM 529 | A | Dividend | J | T | | | | | |
| 94. | Western Asset Managed Muni C | A | Interest | K | T | | | | | |
| 95. | Western Asset Short Duration Muni C (S&W 1/2 interest) | A | Interest | J | T | | | | | |
| 96. | Legg Mason - Western Asset Managed Muni C (S&W 1/2 interest) | A | Interest | K | T | | | | | |
| 97. | Nuveen Flagship MO | A | Interest | K | T | Buy | 03/26/14 | K | | |
| 98. | Nuveeen Flagship MO | A | Interest | | | Sold | 07/15/14 | K | A | |
| 99. | Coca Cola (stock) UBS | A | Dividend | J | T | | | | | |
| 100. | Conoco Phillips (stock) UBS | A | Dividend | J | T | | | | | |
| 101. | National Oilwell Varco (stock) UBS | A | Dividend | J | T | | | | | |
| 102. | Wells Fargo Co (stock) UBS | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ford (stock) UBS | A | Dividend | J | T | Buy | 07/08/14 | J | | |
| 104. American Funds ICAA | A | Dividend | J | T | Buy | 09/19/14 | J | | |
| 105. American Funds - New Econom | A | Dividend | J | T | Buy | 07/14/14 | J | | |
| 106. Lincoln Financial Insurance (whole life) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Webber, E. Richard | 05/07/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Personal Information: Name - Ernest R. Webber, Jr. (a/k/a E. Richard Webber)

Section I: Partner, Eureka Land Company - Approximately thirty-five years ago, I and four other men purchased eighty (80) acres of low productive land by each contributing $3000.00. It is used for hunting and farming. The annual income to me is around $500.00. There are no officers. There is a small old barn on the premises. I have no leadership role among the five owners.

Section VII:

Line 6: This property was purchased in March, 2005, for $135,000 and was included on the appropriate report for that year. The property is located in Camden County, Missouri.

Line 64: Oakmark International Fund, This was purchased on May 31, 2013 and missed on the 2013 report. A, Div, J, T, Buy 05/31/13.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ E. Richard Webber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544